UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS EUGENE STILES,

        Plaintiff,

                                      File no: 1:08-CV-754

v.

                                      HON. ROBERT HOLMES BELL

TRANS UNION LLC, et al.,

        Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States

Magistrate in this action (docket #31). The Report and Recommendation was duly served

on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the

opinion of the Court.

THEREFORE, IT IS ORDERED that the above matter is **DISMISSED** without

prejudice as a sanction under Rule 16(f) of the Federal Rules of Civil Procedure for

plaintiff's failure to obey a scheduling order and failure to appear at a scheduling conference.

Dated:   January 21, 2010           /s/ Robert Holmes Bell           
                                      ROBERT HOLMES BELL
                                      UNITED STATES DISTRICT JUDGE